# EXHIBIT 2

# U.S. Patent No. 9,297,976

## LYNN Hammer Series
## Pushable/Pullable Bullet Fiber

U.S. Patent No. 9,297,976
Claim 1: A terminal end assembly for an optic fiber cable, the assembly comprising:

| Claim 1 | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| A terminal end assembly for an optic fiber cable, the assembly comprising: | The LYNN Hammer Series Pushable/Pullable Bullet Fiber (hereafter, the "LYNN Bullet Fiber") includes a terminal end assembly for an optic fiber cable.<br><br>The LYNN Bullet Fiber includes a fiber optic cable. LYNN-Hammer-Series-Pushable-Pullable-Bullet-Fiber-Data-Sheet.pdf ("LYNN Bullet Fiber Data Sheet") (available at https://thinklynn.com/wp-content/uploads/LYNN-Hammer-Series-Pushable-Pullable-Bullet-Fiber-Data-Sheet.pdf); LYNN-Pushable-Fiber-Bullet-Instruction-Manual.pdf ("LYNN Bullet Fiber Instruction Manual") (available at https://thinklynn.com/wp-content/uploads/LYNN-Pushable-Fiber-Bullet-Instruction-Manual.pdf); LYNN-Pushable-Pullable-Bullet-Fiber-SC-APC-S-SABSA1-NKHI3-xxxF-Technical-Drawing.pdf ("LYNN Bullet Fiber Technical Drawing") (available at https://thinklynn.com/wp-content/uploads/LYNN-Pushable-Pullable-Bullet-Fiber-SC-APC-S-SABSA1-NKHI3-xxxF-Technical-Drawing.pdf); https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/.<br><br>The LYNN Bullet Fiber includes a terminal end assembly for the fiber optic cable. *See* LYNN Bullet Fiber Data Sheet; LYNN Bullet Fiber Instruction Manual; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/. The terminal end assembly is shown, for example, in the figure below.<br><br>[Figure depicting LYNN Bullet Fiber components with labels:<br>Cable Length<br>1. 3.0mm, Single-mode, 9/125 G657A2, Armored, Simplex, Fiber Optic Cable, Black, LSZH UV Stabalized<br>2. SC/APC SM 3.0mm Simplex Connector (Green Housing Black Boot)<br>3. SC/APC SM 3.0mm Pushable Simplex Connector (Metal Pushable Cap, Green Housing Black Boot)<br>SC Housing + inner cover]<br><br>LYNN Bullet Fiber Data Sheet at 2; *see also* LYNN Bullet Fiber Technical Drawing. |

| Claim 1(a) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| a ferrule assembly comprising: a ferrule for receiving and terminating an optic fiber of an optic fiber cable, and | The LYNN Bullet Fiber includes a terminal end assembly that includes a ferrule assembly, which further includes a ferrule for receiving and terminating an optic fiber of an optic fiber cable.<br><br>The LYNN Bullet Fiber includes a terminal end assembly that includes a ferrule assembly. *See* LYNN Bullet Fiber Data Sheet; LYNN Bullet Fiber Instruction Manual; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/. The ferrule assembly of the terminal end assembly is shown, for example, in the figure below.<br><br>![5. Finished fiber assembly]<br><br>LYNN Bullet Fiber Instruction Manual at 2.<br><br>As shown below, for example, the ferrule assembly includes a "Pushable Fiber Cable" a "White Inner SC Housing" and a "Green Outer SC Housing." |

| Claim 1(a) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| | <br><br>LYNN Bullet Fiber Instruction Manual at 1; *see also* LYNN Bullet Fiber Data Sheet at 1; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/.<br><br>The "Pushable Fiber Cable" of the ferrule assembly includes an optical fiber of the fiber optic cable. LYNN Bullet Fiber Data Sheet at 1 (the fiber optic cable includes a "a 250μm colored glass" fiber type); *see also* https://thinklynn.com/products/outdoor-pushable-fiber/. |

| Claim 1(a) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| | **Internal Construction — Armored**: Outer Jacket, Steel Wire, Inner Jacket, Fibers, Water Swellable Yarn and Aramid Yarn, Armored Tube<br><br>LYNN Bullet Fiber Data Sheet at 1.<br><br>The "Pushable Fiber Cable" of the ferrule assembly includes a ferrule for receiving and terminating an optic fiber of an optical fiber cable. *See* LYNN Bullet Fiber Data Sheet; LYNN Bullet Fiber Instruction Manual; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/.<br><br>The ferrule for receiving and terminating the optical fiber is shown, for example, in the figure below.<br><br>https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/; *see also* LYNN Bullet Fiber Data Sheet at 1; LYNN Bullet Fiber Technical Drawing; LYNN Bullet Fiber Instruction Manual at 1 ("be careful not to touch the ferrule end face"). |

Claim 1(b): a ferule holder having a first end for receiving the optic fiber therethrough, and a second end opposite the first end for receiving and retaining the ferrule therein;

| Claim 1(b) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| a ferule holder having a first end for receiving the optic fiber therethrough, and a second end opposite the first end for receiving and retaining the ferrule therein; | The ferrule assembly included in the terminal end assembly of the LYNN Bullet Fiber further includes a ferule holder having a first end for receiving the optic fiber therethrough, and a second end opposite the first end for receiving and retaining the ferrule therein.<br><br>As discussed above, the ferrule assembly includes a "Pushable Fiber Cable."<br><br>LYNN Bullet Fiber Instruction Manual at 1; *see also* LYNN Bullet Fiber Data Sheet at 1; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/.<br><br>The "Pushable Fiber Cable" includes a ferule holder having a first end for receiving the optic fiber therethrough, and a second end opposite the first end for receiving and retaining the ferrule therein. *See* LYNN Bullet Fiber Data Sheet; LYNN Bullet Fiber Instruction Manual; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/.<br><br>The ferrule holder is shown, for example, in the figures below. |

U.S. Patent No. 9,297,976

Claim 1(b): a ferule holder having a first end for receiving the optic fiber therethrough, and a second end opposite the first end for receiving and retaining the ferrule therein;

| Claim 1(b) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| | https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/; *see also* LYNN Bullet Fiber Data Sheet at 1; LYNN Bullet Fiber Technical Drawing.<br><br>[Image: Pushable Fiber Cable showing Metal boot stopper, Metal boot cutout, and Metal holder cut-out]<br><br>LYNN Bullet Fiber Instruction Manual at 1.<br><br>As shown above, the "Pushable Fiber Cable" includes metal holder. The metal holder receives the optic fiber through a first end and has a second end for receiving and retaining the ferrule. |

U.S. Patent No. 9,297,976

Claim 1(c): a tubular connector body having a first end configured for receiving and retaining a terminal end of the fiber optic cable therein, and a second end configured for slidably receiving the ferrule holder therein, the ferrule holder being axially movable within the second end for movement of the ferrule towards and away from the connector body;

| Claim 1(c) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| a tubular connector body having a first end configured for receiving and retaining a terminal end of the fiber optic cable therein, and a second end configured for slidably receiving the ferrule holder therein, the ferrule holder being axially movable within the second end for movement of the ferrule towards and away from the connector body; | The ferrule assembly included in the terminal end assembly of the LYNN Bullet Fiber further includes a tubular connector body having a first end configured for receiving and retaining a terminal end of the fiber optic cable therein, and a second end configured for slidably receiving the ferrule holder therein, the ferrule holder being axially movable within the second end for movement of the ferrule towards and away from the connector body.<br><br>As discussed above, the ferrule assembly includes a "White Inner SC Housing."<br><br>*[Image: White Inner SC Housing]*<br><br>LYNN Bullet Fiber Instruction Manual at 1; *see also* LYNN Bullet Fiber Data Sheet at 1; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/.<br><br>The "White Inner SC Housing" of the ferrule assembly includes a tubular connector body having a first end configured for receiving and retaining a terminal end of the fiber optic cable therein. *See* LYNN Bullet Fiber Data Sheet; LYNN Bullet Fiber Instruction Manual; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/; https://www.youtube.com/watch?v=sLqiVMKQADM (Installing Pushable Bullet Fiber).<br><br>As shown below, for example, the first end of the tubular connector body of the "White Inner SC Housing" receives and retains the terminal end of the fiber optic cable. |

Claim 1(c): a tubular connector body having a first end configured for receiving and retaining a terminal end of the fiber optic cable therein, and a second end configured for slidably receiving the ferrule holder therein, the ferrule holder being axially movable within the second end for movement of the ferrule towards and away from the connector body;

| Claim 1(c) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| | <br>LYNN Bullet Fiber Data Sheet at 1-2 *see also* https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/ (Pushable/Pullable Bullet Fiber Instruction Video); https://www.youtube.com/watch?v=sLqiVMKQADM (Installing Pushable Bullet Fiber).<br><br>Further, as shown above, the ferrule holder is axially movable within the second end of the "White Inner SC Housing" for movement of the ferrule towards and away from the connector body. *See* LYNN Bullet Fiber Data |

U.S. Patent No. 9,297,976

Claim 1(c): a tubular connector body having a first end configured for receiving and retaining a terminal end of the fiber optic cable therein, and a second end configured for slidably receiving the ferrule holder therein, the ferrule holder being axially movable within the second end for movement of the ferrule towards and away from the connector body;

| Claim 1(c) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| | Sheet at 1-2; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/ (Pushable/Pullable Bullet Fiber Instruction Video); https://www.youtube.com/watch?v=sLqiVMKQADM (Installing Pushable Bullet Fiber). |

| Claim 1(d) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| a biasing member disposed within the connector body for biasing the ferrule holder axially away from the connector body; and | The ferrule assembly included in the terminal end assembly of the LYNN Bullet Fiber further includes a biasing member disposed within the connector body for biasing the ferrule holder axially away from the connector body.<br><br>The "Pushable Fiber Cable" of the ferrule assembly includes a biasing member for biasing the ferrule holder axially away from the connector body of the "White Inner SC Housing." *See* LYNN Bullet Fiber Data Sheet at 1-2; LYNN Bullet Fiber Instruction Manual; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/ (Pushable/Pullable Bullet Fiber Instruction Video).<br><br>As shown below, the "Pushable Fiber Cable" includes a spring, which is a biasing member, around the metal holder.<br><br>[Image: Photograph of pushable fiber cable with labels "Metal boot stopper", "Metal boot cutout", and "Metal holder cut-out"]<br><br>LYNN Bullet Fiber Instruction Manual at 1; *see also* LYNN Bullet Fiber Data Sheet at 1; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/.<br><br>The "White Inner SC Housing" and the "Pushable Fiber Cable" of the ferrule assembly connect, such that the spring is disposed within the connector body of the "White Inner SC Housing." |

| Claim 1(d) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| | <br><br>LYNN Bullet Fiber Data Sheet at 1-2; *see also* https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/ (Pushable/Pullable Bullet Fiber Instruction Video); https://www.youtube.com/watch?v=sLqiVMKQADM (Installing Pushable Bullet Fiber).<br><br>The spring of the "Pushable Fiber Cable" biases the connector body of the "White Inner SC Housing" axially away from the ferrule holder. *See* LYNN Bullet Fiber Data Sheet at 1-2; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/ (Pushable/Pullable Bullet Fiber Instruction Video); https://www.youtube.com/watch?v=sLqiVMKQADM (Installing Pushable Bullet Fiber). |

U.S. Patent No. 9,297,976

Claim 1(e): a ferrule retainer for retaining the ferrule holder within the connector body, the ferrule retainer formed as a solid tubular body configured to surround the ferrule holder, the ferrule retainer comprising a first end configured to be fixedly engaged with the second end of the connector body, and a second end configured to engage the ferrule holder to retain the ferrule holder and the biasing member within the connector body, wherein the ferrule retainer and the connector body together encase the biasing member and the ferrule holder.

| Claim 1(e) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| a ferrule retainer for retaining the ferrule holder within the connector body, the ferrule retainer formed as a solid tubular body configured to surround the ferrule holder, the ferrule retainer comprising a first end configured to be fixedly engaged with the second end of the connector body, and a second end configured to engage the ferrule holder to retain the ferrule holder and the biasing member within the connector body, wherein the ferrule retainer and the connector body together encase the biasing member and the ferrule holder. | The ferrule assembly included in the terminal end assembly of the LYNN Bullet Fiber further includes a ferrule retainer for retaining the ferrule holder within the connector body, the ferrule retainer formed as a solid tubular body configured to surround the ferrule holder, the ferrule retainer comprising a first end configured to be fixedly engaged with the second end of the connector body, and a second end configured to engage the ferrule holder to retain the ferrule holder and the biasing member within the connector body, wherein the ferrule retainer and the connector body together encase the biasing member and the ferrule holder.<br><br>The "Pushable Fiber Cable" of the ferrule assembly includes a ferrule retainer for retaining the ferrule holder within the connector body. *See* LYNN Bullet Fiber Data Sheet at 1-2; LYNN Bullet Fiber Instruction Manual; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/; https://www.youtube.com/watch?v=sLqiVMKQADM (Installing Pushable Bullet Fiber).<br><br>The ferrule retainer is shown, for example, in the figures below.<br><br><br><br>https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/; *see also* LYNN Bullet Fiber Data Sheet at 1; LYNN Bullet Fiber Technical Drawing. |

Claim 1(e): a ferrule retainer for retaining the ferrule holder within the connector body, the ferrule retainer formed as a solid tubular body configured to surround the ferrule holder, the ferrule retainer comprising a first end configured to be fixedly engaged with the second end of the connector body, and a second end configured to engage the ferrule holder to retain the ferrule holder and the biasing member within the connector body, wherein the ferrule retainer and the connector body together encase the biasing member and the ferrule holder.

| Claim 1(e) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| | <br>LYNN Bullet Fiber Instruction Manual at 1. As shown above, the "Pushable Fiber Cable" includes a metal boot, which is formed as a solid tubular body and surrounds the metal holder.<br><br>Further, as shown below, the first end of the metal boot engages with the second end of the connector body and the second end engages the ferrule holder to retain the ferrule holder and the biasing member within the connector body. |

Claim 1(e): a ferrule retainer for retaining the ferrule holder within the connector body, the ferrule retainer formed as a solid tubular body configured to surround the ferrule holder, the ferrule retainer comprising a first end configured to be fixedly engaged with the second end of the connector body, and a second end configured to engage the ferrule holder to retain the ferrule holder and the biasing member within the connector body, wherein the ferrule retainer and the connector body together encase the biasing member and the ferrule holder.

| Claim 1(e) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
|  | *[Images: Cut-out of white inner housing; Metal boot cut-out faces the cut-out of white inner housing; White housing snaps into metal boot]*<br><br>LYNN Bullet Fiber Data Sheet at 1-2; *see also* https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/ (Pushable/Pullable Bullet Fiber Instruction Video); https://www.youtube.com/watch?v=sLqiVMKQADM (Installing Pushable Bullet Fiber). Together, the metal boot and connector body of the "White Inner SC Housing" encase the spring and metal holder. |