# EXHIBIT 8

# U.S. Patent No. 9,678,285

## LYNN Hammer Series
## Pushable/Pullable Bullet Fiber

| Claim 1 | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| A terminal end assembly for an optic fiber cable, the assembly comprising: | The LYNN Hammer Series Pushable/Pullable Bullet Fiber (hereafter, the "LYNN Bullet Fiber") includes a terminal end assembly for an optic fiber cable.<br><br>The LYNN Bullet Fiber includes a fiber optic cable. LYNN-Hammer-Series-Pushable-Pullable-Bullet-Fiber-Data-Sheet.pdf ("LYNN Bullet Fiber Data Sheet") (available at https://thinklynn.com/wp-content/uploads/LYNN-Hammer-Series-Pushable-Pullable-Bullet-Fiber-Data-Sheet.pdf); LYNN-Pushable-Fiber-Bullet-Instruction-Manual.pdf ("LYNN Bullet Fiber Instruction Manual") (available at https://thinklynn.com/wp-content/uploads/LYNN-Pushable-Fiber-Bullet-Instruction-Manual.pdf); LYNN-Pushable-Pullable-Bullet-Fiber-SC-APC-S-SABSA1-NKHI3-xxxF-Technical-Drawing.pdf ("LYNN Bullet Fiber Technical Drawing") (available at https://thinklynn.com/wp-content/uploads/LYNN-Pushable-Pullable-Bullet-Fiber-SC-APC-S-SABSA1-NKHI3-xxxF-Technical-Drawing.pdf); https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/.<br><br>The LYNN Bullet Fiber includes a terminal end assembly for the fiber optic cable. *See* LYNN Bullet Fiber Data Sheet; LYNN Bullet Fiber Instruction Manual; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/. The terminal end assembly is shown, for example, in the figure below.<br><br>[Figure showing fiber optic cable assembly with labeled components:<br>1. 3.0mm, Single-mode, 9/125 G657A2, Armored, Simplex, Fiber Optic Cable, Black, LSZH UV Stabalized<br>2. SC/APC SM 3.0mm Simplex Connector (Green Housing Black Boot)<br>3. SC/APC SM 3.0mm Pushable Simplex Connector (Metal Pushable Cap, Green Housing Black Boot)<br>SC Housing + inner cover]<br><br>LYNN Bullet Fiber Data Sheet at 2; *see also* LYNN Bullet Fiber Technical Drawing. |

| Claim 1(a) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| at least one ferrule for receiving and terminating an optical fiber of the optical fiber cable; | The LYNN Bullet Fiber includes a terminal end assembly that includes a ferrule for receiving and terminating an optical fiber of the optical fiber cable.<br><br>A terminal end assembly of the LYNN Bullet Fiber is shown, for example, in the figure below.<br><br>https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/.<br><br>As shown below, for example, the terminal end assembly includes a "Pushable Fiber Cable" and a "Metal 'Bullet' Dust Cap."<br><br>LYNN Bullet Fiber Instruction Manual at 1; *see also* LYNN Bullet Fiber Data Sheet at 1; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/.<br><br>The "Pushable Fiber Cable" of the terminal end assembly includes an optical fiber of the fiber optic cable. LYNN Bullet Fiber Data Sheet at 1 (the fiber optic cable includes a "a 250μm colored glass" fiber type); *see also* https://thinklynn.com/products/outdoor-pushable-fiber/. |

| Claim 1(a) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| | **Internal Construction — Armored** (Outer Jacket, Steel Wire, Inner Jacket, Fibers, Water Swellable Yarn and Aramid Yarn, Armored Tube) LYNN Bullet Fiber Data Sheet at 1. The "Pushable Fiber Cable" of the terminal end assembly also includes a ferrule for receiving and terminating the optical fiber of the optical fiber cable. *See* LYNN Bullet Fiber Data Sheet; LYNN Bullet Fiber Instruction Manual; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/. The ferrule for receiving and terminating the optical fiber is shown, for example, in the figure below. |

U.S. Patent No. 9,678,285
Claim 1(a): at least one ferrule for receiving and terminating an optical fiber of the optical fiber cable;

| Claim 1(a) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| | https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/; *see also* LYNN Bullet Fiber Data Sheet at 1; LYNN Bullet Fiber Technical Drawing; LYNN Bullet Fiber Instruction Manual at 1 ("be careful not to touch the ferrule end face"). |

| Claim 1(b) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| a protective tube arranged around the at least one ferrule, the protective tube having a first end and a second end, the first end being retained on a pre-terminated end of the optical fiber cable; and | The terminal end assembly of the LYNN Bullet Fiber includes a protective tube arranged around the ferrule, the protective tube having a first end and a second end, the first end being retained on a pre-terminated end of the optical fiber cable.<br><br>As discussed above, the terminal end assembly includes a "Pushable Fiber Cable" and a "Metal 'Bullet' Dust Cap."<br><br>LYNN Bullet Fiber Instruction Manual at 1; *see also* LYNN Bullet Fiber Data Sheet at 1; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/.<br><br>As also discussed above, the "Pushable Fiber Cable" the terminal end assembly includes a ferrule. *See* LYNN Bullet Fiber Data Sheet; LYNN Bullet Fiber Instruction Manual; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/. As shown below, the ferrule is positioned at the pre-terminated end of the optical fiber cable. |

Claim 1(b): a protective tube arranged around the at least one ferrule, the protective tube having a first end and a second end, the first end being retained on a pre-terminated end of the optical fiber cable; and

| Claim 1(b) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| | https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/; *see also* LYNN Bullet Fiber Data Sheet at 1; LYNN Bullet Fiber Technical Drawing; LYNN Bullet Fiber Instruction Manual at 1 ("be careful not to touch the ferrule end face").<br><br>The "Metal 'Bullet' Dust Cap" the terminal end assembly may be screwed and unscrewed from the "Pushable Fiber Cable."<br><br>*[Figure: Instruction showing "1. Use both hands to hold the black boot and metal cap (be careful not to touch the ferrule end face). Unscrew the metal "bullet" cap." with three photos of hands demonstrating the steps]*<br><br>LYNN Bullet Fiber Instruction Manual at 1; *see also* https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/ (Pushable/Pullable Bullet Fiber Instruction Video); https://www.youtube.com/watch?v=sLqiVMKQADM (Installing Pushable Bullet Fiber).<br><br>Further, the "Metal 'Bullet' Dust Cap" includes a protective tube that has a first end and a second end and is arranged around the ferrule, such that the first end of the protective tube is retained on the pre-terminated end of the optical fiber cable. *See* LYNN Bullet Fiber Instruction Manual at 1; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/ (Pushable/Pullable Bullet Fiber Instruction Video); https://www.youtube.com/watch?v=sLqiVMKQADM (Installing Pushable Bullet Fiber).<br><br>The protective tube arranged around the ferrule and retained on the pre-terminated end of the optical fiber cable is shown, for example, by the figures below. |

Claim 1(b): a protective tube arranged around the at least one ferrule, the protective tube having a first end and a second end, the first end being retained on a pre-terminated end of the optical fiber cable; and

| Claim 1(b) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
|  | See https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/. |

Claim 1(c): a pulling eye having a first end and a second end, the first end being retained on the pre-terminated end of the optical fiber cable, at least a portion of the second end of the pulling eye being positioned external to the second end of the protective tube.

| Claim 1(c) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| a pulling eye having a first end and a second end, the first end being retained on the pre-terminated end of the optical fiber cable, at least a portion of the second end of the pulling eye being positioned external to the second end of the protective tube. | The terminal end assembly of the LYNN Bullet Fiber includes a pulling eye having a first end and a second end, the first end being retained on the pre-terminated end of the optical fiber cable, at least a portion of the second end of the pulling eye being positioned external to the second end of the protective tube.<br><br>As discussed above, the terminal end assembly of the LYNN Bullet Fiber includes a "Metal 'Bullet' Dust Cap," which includes a protective tube having a first end and a second end. *See* LYNN Bullet Fiber Instruction Manual; LYNN Bullet Fiber Data Sheet; LYNN Bullet Fiber Technical Drawing. https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/.<br><br>The "Metal 'Bullet' Dust Cap" also includes a pulling eye. *See* LYNN Bullet Fiber Instruction Manual; LYNN Bullet Fiber Data Sheet; LYNN Bullet Fiber Technical Drawing. https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/. The pulling eye is illustrated, for example, in the figures below.<br><br>![Metal "Bullet" Dust Cap]<br><br>LYNN Bullet Fiber Instruction Manual at 1. |

Claim 1(c): a pulling eye having a first end and a second end, the first end being retained on the pre-terminated end of the optical fiber cable, at least a portion of the second end of the pulling eye being positioned external to the second end of the protective tube.

| Claim 1(c) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| | <br><br>*Id.* As shown above, the pulling eye is referred to as a "Pull-loop" and is on the "Metal 'Bullet' Dust Cap." *Id.*<br><br>Additionally, the first end of the pulling eye is attached to the second end of the protective tube and is retained on the pre-terminated end of the optical fiber cable when the first end of the protective tube is screwed unto the "Pushable Fiber Cable." *See* LYNN Bullet Fiber Instruction Manual at 1-2; LYNN Bullet Fiber Data Sheet; LYNN Bullet Fiber Technical Drawing. https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/. This is further illustrated, for example, by the figures below.<br><br>*See* https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/. |