# EXHIBIT 10

# U.S. Patent No. 10,007,068

# LYNN Hammer Series
# Pushable/Pullable Bullet Fiber

U.S. Patent No. 10,007,068
Claim 1: A terminal end assembly for an optic fiber cable, the assembly comprising:

| Claim 1 | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| A terminal end assembly for an optic fiber cable, the assembly comprising: | The LYNN Hammer Series Pushable/Pullable Bullet Fiber (hereafter, the "LYNN Bullet Fiber") includes a terminal end assembly for an optic fiber cable.<br><br>The LYNN Bullet Fiber includes a fiber optic cable. LYNN-Hammer-Series-Pushable-Pullable-Bullet-Fiber-Data-Sheet.pdf ("LYNN Bullet Fiber Data Sheet") (available at https://thinklynn.com/wp-content/uploads/LYNN-Hammer-Series-Pushable-Pullable-Bullet-Fiber-Data-Sheet.pdf); LYNN-Pushable-Fiber-Bullet-Instruction-Manual.pdf ("LYNN Bullet Fiber Instruction Manual") (available at https://thinklynn.com/wp-content/uploads/LYNN-Pushable-Fiber-Bullet-Instruction-Manual.pdf); LYNN-Pushable-Pullable-Bullet-Fiber-SC-APC-S-SABSA1-NKHI3-xxxF-Technical-Drawing.pdf ("LYNN Bullet Fiber Technical Drawing") (available at https://thinklynn.com/wp-content/uploads/LYNN-Pushable-Pullable-Bullet-Fiber-SC-APC-S-SABSA1-NKHI3-xxxF-Technical-Drawing.pdf); https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/.<br><br>The LYNN Bullet Fiber includes a terminal end assembly for the fiber optic cable. *See* LYNN Bullet Fiber Data Sheet; LYNN Bullet Fiber Instruction Manual; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/. The terminal end assembly is shown, for example, in the figure below.<br><br>[figure: LYNN Bullet Fiber assembly diagram showing Cable Length with callouts: 1. 3.0mm, Single-mode, 9/125 G657A2, Armored, Simplex, Fiber Optic Cable, Black, LSZH UV Stabalized; 2. SC/APC SM 3.0mm Simplex Connector (Green Housing Black Boot); 3. SC/APC SM 3.0mm Pushable Simplex Connector (Metal Pushable Cap, Green Housing Black Boot); SC Housing + inner cover]<br><br>LYNN Bullet Fiber Data Sheet at 2; *see also* LYNN Bullet Fiber Technical Drawing. |

| Claim 1(a) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| a first plurality of connector components configured to pass through a conduit; and | The terminal end assembly of the LYNN Bullet Fiber includes a first plurality of connector components configured to pass through a conduit.<br><br>The LYNN Bullet Fiber is designed to pass through a conduit. *See* LYNN Bullet Fiber Data Sheet; LYNN Bullet Fiber Instruction Manual; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/.<br><br>> With the Pushable Fiber's added rigidity, there's no more cables kinking when pushing/pulling through walls or ducted pathways.<br><br>https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/.<br><br>> Simply push/pull fiber through microduct or wall (drill 1/4 in. hole) if pushing long distance use SlimFIT Tool (drill 5/16 in. hole).<br><br>LYNN Bullet Fiber Data Sheet at 1.<br><br>Additionally, as show below, for example, the terminal end assembly of the LYNN Bullet Fiber includes a plurality of connector components:<br><br>**What's Included**<br>Pushable Fiber Cable | Metal "Bullet" Dust Cap | White Inner SC Housing | Green Outer SC Housing<br><br>LYNN Bullet Fiber Instruction Manual at 1; *see also* LYNN Bullet Fiber Data Sheet at 1; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/.<br><br>A first plurality of the connector components, including the "Pushable Fiber Cable" and "Metal 'Bullet' Dust Cap" illustrated above, is configured to pass through a conduit. *See* LYNN Bullet Fiber Instruction Manual at 1; |

| Claim 1(a) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| | https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/ (Pushable/Pullable Bullet Fiber Instruction Video); https://www.youtube.com/watch?v=sLqiVMKQADM (Installing Pushable Bullet Fiber).<br><br>The first plurality of connector components is configured to be pushed or pulled through a conduit. *See* LYNN Bullet Fiber Data Sheet at 1 ("Push or pull the fiber through wall or ducted pathway"). This is illustrated, for example, by the figures below:<br><br>Note: Pull-loop on "Bullet" cap may be used for pulling extended distances through a wall or ducted pathway<br><br>LYNN Bullet Fiber Instruction Manual at 1. |

| Claim 1(a) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| | https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/ (Screen Shot from Pushable/Pullable Bullet Fiber Instruction Video); *see also* https://www.youtube.com/watch?v=sLqiVMKQADM (Installing Pushable Bullet Fiber). |

Claim 1(b): a second plurality of connector components configured to be installed around at least some of the first plurality of connector components after the first plurality of connector components is at least one of pushed and pulled through the conduit.

| Claim 1(b) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| a second plurality of connector components configured to be installed around at least some of the first plurality of connector components after the first plurality of connector components is at least one of pushed and pulled through the conduit. | The terminal end assembly of the LYNN Bullet Fiber includes a second plurality of connector components configured to be installed around at least some of the first plurality of connector components after the first plurality of connector components is at least one of pushed and pulled through the conduit.<br><br>As discussed above, the terminal end assembly LYNN Bullet Fiber includes a plurality connector components. *See* LYNN Bullet Fiber Data Sheet; LYNN Bullet Fiber Instruction Manual; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/. This is illustrated, for example, by the figure below:<br><br><br><br>LYNN Bullet Fiber Instruction Manual at 1; *see also* LYNN Bullet Fiber Data Sheet at 1; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/.<br><br>As also discussed above, a first plurality of the connector components, including the "Pushable Fiber Cable" and "Metal 'Bullet' Dust Cap," is configured to be pushed or pulled through a conduit. *See* LYNN Bullet Fiber Data Sheet at 1; LYNN Bullet Fiber Instruction Manual at 1; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/ (Pushable/Pullable Bullet Fiber Instruction Video); https://www.youtube.com/watch?v=sLqiVMKQADM (Installing Pushable Bullet Fiber).<br><br>After the first plurality of the connector components is pushed or pulled through the conduit, a second plurality of the connector components, including the "White Inner SC Housing" and "Green Outer SC Housing" illustrated above, is configured to be installed around the "Pushable Fiber Cable" from the first plurality of the connector components. *See* LYNN Bullet Fiber Data Sheet; LYNN Bullet Fiber Instruction Manual; LYNN Bullet Fiber Technical Drawing; https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/. |

Claim 1(b): a second plurality of connector components configured to be installed around at least some of the first plurality of connector components after the first plurality of connector components is at least one of pushed and pulled through the conduit.

| Claim 1(b) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| | After first plurality of the connector components is pushed or pulled through a conduit, the "Metal 'Bullet' Dust Cap" is removed from the "Pushable Fiber Cable." *See* LYNN Bullet Fiber Instruction Manual at 1.<br><br>The "White Inner SC Housing" and "Green Outer SC Housing" are configured to be installed around the "Pushable Fiber Cable," once the "Metal 'Bullet' Dust Cap" is removed. *See* Fiber Instruction Manual at 1-2; *see also* https://thinklynn.com/products/outdoor-pushable-pullable-bullet-fiber/ (Pushable/Pullable Bullet Fiber Instruction Video); https://www.youtube.com/watch?v=sLqiVMKQADM (Installing Pushable Bullet Fiber). This is illustrated, for example, by the figures below.<br><br>**Pushable Fiber Assembly Instructions**<br><br>1. Use both hands to hold the black boot and metal cap (be careful not to touch the ferrule end face). Unscrew the metal "bullet" cap.<br><br>2. Set metal cap aside<br><br>3. Align the white inner housing key with the metal boot. Push the white inner housing down onto the metal boot until it snaps into place.<br><br>Metal boot stopper — Metal boot cutout — Metal holder cut-out — Key — White housing snaps into metal boot<br><br>LYNN Bullet Fiber Instruction Manual at 1. |

Claim 1(b): a second plurality of connector components configured to be installed around at least some of the first plurality of connector components after the first plurality of connector components is at least one of pushed and pulled through the conduit.

| Claim 1(b) | LYNN Hammer Series Pushable/Pullable Bullet Fiber |
|---|---|
| | <br>LYNN Bullet Fiber Instruction Manual at 2. |