IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00282-MOC-SCR

| | | |
|---|---|---|
| **CLEARFIELD, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **NSI INDUSTRIES, INC., et. al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for James M. Bollinger]" (Doc. No. 21) filed October 4, 2024. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Max O. Cogburn, Jr.</u>

Signed: October 4, 2024

**SO ORDERED**.

Susan C. Rodriguez
United States Magistrate Judge